216-20006                                                                    1124466

# UNITED STATED DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHELLE COLLINS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF DECEDENT MICHAEL COLLINS** | **CIVIL ACTION: 2:14-cv-1900** **C/W 2:14-cv-2100** |
| **VS.** | **DISTRICT JUDGE:** **ELDON E. FALLON** |
| **A.B.C. MARINE TOWING, L.L.C. AND BOARD OF COMMISSIONERS PORT OF NEW ORLEANS** | **MAGISTRATE JUDGE:** **DANIEL E. KNOWLES, III** **This pleading applies to 2:14-cv-2100** |

### EXCESS UNDERWRITERS' MOTION FOR JUDGMENT
### ON THE PLEADINGS AGAINST A.B.C. MARINE TOWING, L.L.C.

**MAY IT PLEASE THE COURT:**

Third-Party Defendants and Declaratory Counter-Claimants, Certain Underwriters at Lloyd's, London severally subscribing to Policy No. TMU-405821, Brit UW Limited (as sole representative of Lloyd's Syndicate BRT 2987 for the 2013 year of account), Liberty Corporate Capital Limited (as sole representative of Lloyd's Syndicate 4472), and Amlin Corporate Member Limited (as the sole underwriting member of Amlin syndicate 2001) ("Excess Underwriters"), respectfully move for judgment on the pleadings under Federal Rule of Civil Procedure 12(c), as to the claim for coverage by A.B.C. Marine Towing, LLC ("ABC Marine") and the declaratory relief sought by Excess Underwriters in its Counterclaim. As more fully set forth in the attached Memorandum in Support and exhibits referenced in the pleadings, there are no material issues of fact and this coverage dispute is a legal issue for which judgment as a matter of law is appropriate.

The terms of the Excess Policy issued to ABC Marine by Excess Underwriters are clear and unambiguous and have been applied repeatedly by Louisiana courts, the U.S. Fifth Circuit,

and courts nationally. Under the clear and unambiguous language of the Excess Policy there is no

coverage provided to ABC Marine regarding damage to the 4600 Ringer Crane Barge at issue.

Accordingly, Excess Underwriters move this Honorable Court to grant its Motion for Judgment

on the Pleadings as to the Third-Party Complaint filed by ABC Marine and the Counterclaim for

Declaratory Relief filed by Excess Underwriters. The claims of ABC Marine should be dismissed

in full and with prejudice.

Respectfully submitted:

*/s/ Salvador J. Pusateri*
Salvador J. Pusateri, T.A. (#21036)
Aaron B. Greenbaum (#31752)
Diemminh Pham Dinh Peters (#35466)
PUSATERI, BARRIOS, GUILLOT &
GREENBAUM, LLC
1100 Poydras Street, Suite 2250
New Orleans, LA  70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pbgglaw.com
Aaron.Greenbaum@pbgglaw.com
Diemminh.Peters@pbgglaw.com
Attorneys for Third-Party Defendant, Certain
Underwriters at Lloyd's London severally
subscribing to Policy No. TMU-405821, Brit
UW Limited (as sole representative of
Lloyd's Syndicate BRT 2987 for the 2013
year of account), Liberty Corporate Capital
Limited (as sole representative of Lloyd's
Syndicate 4472), and Amlin Corporate
Member Limited (as the sole underwriting
member of Amlin syndicate 2001)
(collectively "Excess Underwriters")

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on this 26th day of May, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.


       _/s/ Salvador J. Pusateri_